# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 24, 2015

### NO. 03-14-00129-CV

**City of New Braunfels, Gale Pospisil, Robert Camereno, Tom Wilber and Mary Quinones, Appellants**

**v.**

**Garrison Maurer, d/b/a Comal Towing; Jeramie Hernandez, d/b/a JJ Towing; and Robert Fleming, d/b/a Pro Care Wrecker Service, Appellees**

---

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the interlocutory order signed by the trial court on February 13, 2014. City of New Braunfels, Gale Pospisil, Robert Camereno, Tom Wilber and Mary Quinones have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted in part. Therefore, the Court grants the motion in part and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.